IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET HOYT,

Plaintiff,   Case No. 6:23-cv-373

v.

WALGREEN CO

Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and administratively close this case and provide the parties 30 days to finalize the settlement and dismissal documents.

Plaintiff is filing this Notice with Defendant's approval and permission.

Respectfully Submitted,

/s/ Jonathan Arias
THE ONYX GROUP

*Attorney for the Plaintiff*
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138
Phone: (786)504-5760
Fax: (305)602-5988
Email: jarias@theonyx.group
Jonathan Arias, Esq.
Florida Bar No. 126137

Dated: July 17, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Jonathan Arias
THE ONYX GROUP
*Attorney for the Plaintiff*
8325 N.E. 2nd Ave
Suite 315
Miami, FL 33138
Phone: (786)504-5760
Fax: (305)602-5988
Email: jarias@theonyx.group
Jonathan Arias, Esq.
Florida Bar No. 126137